```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700                        OK/HAV

 5
    Attorney for Defendant
 6  STUART MARTIN ALLEN

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,       )  No. CR-S-04-0438 DFL
11                                  )
                  Plaintiff,        )
12                                  )  STIPULATION AND [PROPOSED ORDER]
         v.                         )
13                                  )
    STUART MARTIN ALLEN,            )  Date: June 2, 2005
14                                  )  Time: 10:00 A.M.
                                    )
15                                  )  Judge: Hon. David F. Levi
                  Defendant.        )
16
    _____
17
            IT IS HEREBY STIPULATED by and between the parties hereto through
18
    their respective counsel, WILLIAM WONG, Assistant United States
19
    Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal
20
    Defender, attorney for defendant, that the current Status Conference
21
    date of May 19, 2005 be vacated and a new Status Conference date of
22
    June 2, 2005 be set.
23
            Defense counsel has not received a written plea offer in this
24
    case.  In addition, defense counsel has received additional discovery
25
    that she will need to review with her client.
26
            It is further stipulated and agreed between the parties that the
27
    period beginning May 19, 2005 to June 2, 2005, should be excluded in
28
```

1  computing the time within which the trial of the above criminal

2  prosecution must commence for purposes of the Speedy Trial Act for

3  defense preparation.  All parties stipulate and agree that this is an

4  appropriate exclusion of time within the meaning of Title 18, United

5  States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends

6  of justice to be served by a continuance outweigh the best interests of

7  the public and the defendant in a speedy trial.

8  Dated: May 19, 2005

9                                    Respectfully submitted,

10                                   QUIN DENVIR
                                     Federal Defender

11

12                                   _____/S/LINDA HARTER_____
                                     LINDA HARTER

13                                   Assistant Federal Defender
                                     Attorney for Defendant

14                                   STUART MARTIN ALLEN

15

16                                   MCGREGOR W. SCOTT
                                     United States Attorney

17

18  Dated: May 19, 2005             BY:    /S/WILLIAM WONG_____
                                     WILLIAM WONG

19                                   Assistant U.S. Attorney

20

21

22

23

24

25

26

27  Stipulation and order/Stuart Allen\Cr-S-04-438

28

1

2

**ORDER**

3

    Based on the parties' stipulation and good cause appearing

4

therefrom, the Court hereby adopts the stipulation of the parties in

5

its entirety as its order.  The Court specifically finds that the ends

6

of justice served by the granting of such continuance outweigh the

7

interests of the public and the defendant in a speedy trial.

8

    IT IS SO ORDERED.

9

10

DATED: 5/25/2005

11

12

                                   /s/ David F. Levi

13                                 HONORABLE DAVID F. LEVI
                                   District Court Judge

14

15

16    Stipulation and order/Stuart Allen/Cr-S-05-174

17

18

19

20

21

22

23

24

25

26

27

28