```
QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
STUART MARTIN ALLEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-04-0438 DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) | |
| | ) | |
| STUART MARTIN ALLEN, | ) | Date: June 23, 2005 |
| | ) | Time: 10:00 A.M. |
| | ) | |
| | ) | Judge: Hon. David F. Levi |
| Defendant. | ) | |

_____

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of June 2, 2005 be vacated and a new Status Conference date of June 23, 2005 at 10:00 a.m. be set.

    Defense counsel has not received a written plea offer in this case.  In addition, defense counsel has received additional discovery that she will need to review with her client.

    It is further stipulated and agreed between the parties that the period beginning June 2, 2005 to June 23, 2005, should be excluded in

1 computing the time within which the trial of the above criminal
2 prosecution must commence for purposes of the Speedy Trial Act for
3 defense preparation.  All parties stipulate and agree that this is an
4 appropriate exclusion of time within the meaning of Title 18, United
5 States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends
6 of justice to be served by a continuance outweigh the best interests of
7 the public and the defendant in a speedy trial.

Dated: June 1, 2005

                                              Respectfully submitted,

                                              QUIN DENVIR
                                              Federal Defender

                                              _____/S/LINDA HARTER_____
                                              LINDA HARTER
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              STUART MARTIN ALLEN


                                              MCGREGOR W. SCOTT
                                              United States Attorney

Dated: June 1, 2005
                                        BY:____/S/WILLIAM WONG_____
                                              WILLIAM WONG
                                              Assistant U.S. Attorney

Stipulation and order/Stuart Allen\Cr-S-04-438

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 6/2/2005

_____
DAVID F. LEVI
United States District Judge

Stipulation and order/Stuart Allen/Cr-S-05-174