QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                             **OK/HAV**


Attorney for Defendant
STUART MARTIN ALLEN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-04-0438 DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | |
| STUART MARTIN ALLEN, ) | Date: November 10, 2005 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. David F. Levi |
| Defendant. ) | |

_____

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of October 6, 2005 be vacated and a new Status Conference date of November 10, 2005 at 10:00 a.m. be set.

    This case is being re-assigned to Dennis Waks.  He will need the additional time to speak with Mr. Allen and review the case.

    It is further stipulated and agreed between the parties that the period beginning October 6, 2005 to November 10, 2005, should be excluded in computing the time within which the trial of the above

1  criminal prosecution must commence for purposes of the Speedy Trial Act
2  for defense preparation.  All parties stipulate and agree that this is
3  an appropriate exclusion of time within the meaning of Title 18, United
4  States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends
5  of justice to be served by a continuance outweigh the best interests of
6  the public and the defendant in a speedy trial.
7  Dated: October 5, 2005

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


                                               /S/LINDA HARTER
                                        LINDA HARTER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        STUART MARTIN ALLEN


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: October 5, 2005
                                        BY:    /S/WILLIAM WONG
                                        WILLIAM WONG
                                        Assistant U.S. Attorney

Stipulation and order/Stuart Allen\Cr-S-04-438

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED:10/26/2005

/s/ David F. Levi
HONORABLE DAVID F. LEVI
District Court Judge

_____

Stipulation and order/Stuart Allen/Cr-S-05-174