```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700              OK/HAV
 5
 6  Attorney for Defendant
    STUART MARTIN ALLEN
 7
```

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,      )  No. CR-S-04-0438 DFL
12                                 )
                  Plaintiff,       )
13                                 )  STIPULATION AND [PROPOSED ORDER]
         v.                        )
14                                 )
    STUART MARTIN ALLEN,           )  Date: December 15, 2005
15                                 )  Time: 10:00 A.M.
                                   )
16                                 )  Judge: Hon. David F. Levi
                  Defendant.       )
17
18  _____

19       IT IS HEREBY STIPULATED by and between the parties hereto through

20  their respective counsel, WILLIAM WONG, Assistant United States

21  Attorney, attorney for Plaintiff, DENNIS S. WAKS, Supervising Assistant

22  Federal Defender, attorney for defendant, that the current Status

23  Conference date of November 10, 2005 be vacated and a new Status

24  Conference date of December 15, 2005 at 10:00 a.m. be set.

25       Counsel has recently been re-assigned to this case and will need

26  the additional time to speak with Mr. Allen and review the case.

27       It is further stipulated and agreed between the parties that the

28

period beginning November 10, 2005 to December 15, 2005, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: October 31, 2005

                                            Respectfully submitted,

                                            QUIN DENVIR
                                            Federal Defender

                                            /s/ Dennis S. Waks
                                            DENNIS S. WAKS
                                            Supervising Assistant Federal Defender
                                            Attorney for Defendant
                                            STUART MARTIN ALLEN

                                            MCGREGOR W. SCOTT
                                            United States Attorney

Dated: October 31, 2005
                                          BY: /s/ Dennis S. Waks for
                                            WILLIAM WONG
                                            Assistant U.S. Attorney

/ / /

/ / /

/ / /

Stipulation and order/Stuart Allen\Cr-S-04-438

2

1
2
3                                **ORDER**
4     Based on the parties' stipulation and good cause appearing
5  therefrom, the Court hereby adopts the stipulation of the parties in
6  its entirety as its order.  The Court specifically finds that the ends
7  of justice served by the granting of such continuance outweigh the
8  interests of the public and the defendant in a speedy trial.
9
10     IT IS SO ORDERED.
11
12 DATED: 11/8/2005
13
14
15                              _____
                                DAVID F. LEVI
16                              United States District Judge
17
...
28