QUIN DENVIR, Bar #49374
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700          **OK/HAV**

Attorney for Defendant
STUART MARTIN ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-04-0438 DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | |
| STUART MARTIN ALLEN, ) | Date: January 12, 2006 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. David F. Levi |
| Defendant. ) | |

_____

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current Status Conference date of December 15, 2005 be vacated and a new Status Conference date of January 12, 2006 at 10:00 a.m. be set.

   Counsel has recently been re-assigned to this case and will need the additional time to speak with Mr. Allen and review the case.

   It is further stipulated and agreed between the parties that the

period beginning December 15, 2005 to January 12, 2005, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: December 13, 2005

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

                                        /s/ Dennis S. Waks
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        STUART MARTIN ALLEN

                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: December 13, 2005

                                        BY: /s/ Dennis S. Waks for
                                        WILLIAM WONG
                                        Assistant U.S. Attorney

/ / /

/ / /

/ / /

Stipulation and order/Stuart Allen\Cr-S-04-438

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: 12/19/2005

_____
DAVID F. LEVI
United States District Judge