DENNIS S. WAKS, Bar #142581
Acting Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

**OK/HAV**

Attorney for Defendant
STUART MARTIN ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-04-0438 DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | |
| STUART MARTIN ALLEN, ) | Date: March 2, 2006 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. David F. Levi |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Acting Federal Defender, attorney for defendant, that the current Status Conference date of January 12, 2006 be vacated and a new Status Conference date of March 2, 2006 at 10:00 a.m.be set.

Counsel has recently been re-assigned to this case and will need the additional time to speak with Mr. Allen and review the discovery in the case.

It is further stipulated and agreed between the parties that the


period beginning January 12, 2006 to March 2, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: January 10, 2006

                                      Respectfully submitted,

                                      QUIN DENVIR
                                      Federal Defender

                                      /s/ Dennis S. Waks
                                      DENNIS S. WAKS
                                      Acting Federal Defender
                                      Attorney for Defendant
                                      STUART MARTIN ALLEN


                                      MCGREGOR W. SCOTT
                                      United States Attorney

Dated: January 10, 2006
                                BY: /s/ Dennis S. Waks for
                                      WILLIAM WONG
                                      Assistant U.S. Attorney

/ / /

/ / /

/ / /

Stipulation and order/Stuart Allen\Cr-S-04-438

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 1/11/2006

_____
DAVID F. LEVI
United States District Judge