1  DANIEL J. BRODERICK, Bar# 89424
   Acting Federal Defender
2  Dennis S. Waks, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5                                              **OK/HAV**

6  Attorney for Defendant
   STUART MARTIN ALLEN
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. CR-S-04-0438 DFL
                                  )
12           Plaintiff,            )
                                  )
13      v.                         ) STIPULATION AND [PROPOSED ORDER]
                                  )
14 STUART MARTIN ALLEN,            )
                                  ) Date: March 30, 2006
15                                 ) Time: 10:00 A.M.
                                  )
16                                 ) Judge: Hon. David F. Levi
             Defendant.            )
17 _____

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, WILLIAM WONG, Assistant United States

20 Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising

21 Assistant Federal Defender, attorney for defendant, that the current

22 status conference date of March 2, 2006 be vacated and a new status

23 conference date of March 30, 2006 at 10:00 a.m. be set.

24      Counsel has is recently received a plea agreement in this case and

25 will need additional time to speak with Mr. Allen and review the

26 proposed plea agreement and review the discovery in the case.

27      It is further stipulated and agreed between the parties that the

28

period beginning March 2, 2006 to March 30, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: March 1, 2006

    Respectfully submitted,

    DANIEL J. BRODERICK
    Acting Federal Defender


    /s/ Dennis S. Waks
    DENNIS S. WAKS
    Supervising Assistant Federal Defender
    Attorney for Defendant
    STUART MARTIN ALLEN


    MCGREGOR W. SCOTT
    United States Attorney

Dated: March 1, 2006

BY: /s/ Dennis S. Waks for
    WILLIAM WONG
    Assistant U.S. Attorney

/ / /

/ / /

/ / /

Stipulation and order/Stuart Allen\Cr-S-04-438

2

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 3/2/2006

_____
DAVID F. LEVI
United States District Judge

Stipulation and order/Stuart Allen/Cr-S-05-174