DANIEL J. BRODERICK, Bar# 89424
Acting Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700                    **OK/HAV**

Attorney for Defendant
STUART MARTIN ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-04-0438 DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| STUART MARTIN ALLEN, ) | Date: June 29, 2006 |
| ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. David F. Levi |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, that the current status conference date of May 11, 2006 be vacated and a change of plea hearing will be set for June 29, 2006 at 10:00 a.m.

    Counsel has recently received a plea agreement in this case and will need additional time to speak with Mr. Allen and review the proposed plea agreement and review the discovery in the case.

    It is further stipulated and agreed between the parties that the

period beginning May 11, 2006 to June 29, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 9, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Acting Federal Defender

                                        /s/ Dennis S. Waks
                                        DENNIS S. WAKS
                                        Supervising Assistant Federal Defender
                                        Attorney for Defendant
                                        STUART MARTIN ALLEN


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: May 9, 2006
                                  BY: /s/ Dennis S. Waks for
                                        WILLIAM WONG
                                        Assistant U.S. Attorney

/ / /

/ / /

/ / /

Stipulation and order/Stuart Allen\Cr-S-04-438

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: 5/11/2006

_____
DAVID F. LEVI
United States District Judge

Stipulation and order/Stuart Allen/Cr-S-05-174

3